UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| ANTONIETA BERRUM<br>  Plaintiff,<br><br>v.<br><br>MORTGAGE ELECTRONIC<br>REGISTRATION SYSTEMS, INC., et al.,<br>  Defendants. | C.A. No. 12-423-M |
| MARIA MUNOZ<br>  Plaintiff,<br><br>v.<br><br>BARCLAYS CAPITAL REAL<br>ESTATE, INC., et al.,<br>  Defendants. | C.A. No. 13-053-M |
| MICHELE PERRETTA, et al.,<br>  Plaintiffs,<br><br>v.<br><br>AMERICAN RESIDENTIAL<br>EQUITIES LIX, LLC, et al.,<br>  Defendants. | C.A. No. 12-927-M |
| ALEX D. LYNCH, et al.,<br>  Plaintiffs,<br><br>v.<br><br>HUDSON CITY SAVINGS BANK, et al.,<br>  Defendants. | C.A. No. 13-233-M |

|  |  |
|---|---|
| MIGUEL PRIETO,<br>　　　Plaintiff,<br><br>　　　v.<br><br>MORTGAGE ELECTRONIC<br>REGISTRATION SYSTEMS, INC., et al.,<br>　　　Defendant. | C.A. No. 12-625-M |
| LOUIS LESNIAK,<br>　　　Plaintiff,<br><br>　　　v.<br><br>WELLS FARGO BANK, N.A., et al.,<br>　　　Defendants. | C.A. No. 12-334-M |

## ORDER

Because the Plaintiffs had voluntarily dismissed without prejudice each of the above-captioned cases, the Court issued an order requiring the Defendants to show cause no later than May 2, 2014, why it should not order the Special Master to return to the Plaintiffs the Use and Occupancy Fees that they paid. No cause was shown in any of the above-captioned cases.

Therefore, the Special Master shall return to the Plaintiffs' attorney, as trustee for the Plaintiffs, all Use and Occupancy Fees paid.

IT IS SO ORDERED:

_____
John J. McConnell, Jr.
United States District Judge

May 8, 2014